Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

FILED'11 MAY 24 16:47USDC-ORE

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEE AMBROSE,<br><br>  Plaintiff,<br><br>v.<br><br>GENESIS FINANCIAL SOLUTIONS, INC.,<br><br>  Defendant. | Case No. CV11-6073 ~~HU~~ HO<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: May 23, 2011

TRIGSTED LAW GROUP, P.C.                    COSGRAVE VERGEER KESTER LLP


/s/ Joshua Trigsted                         /s/ Robert E. Sabido
Joshua Trigsted, OSB No. 065316             Robert E. Sabido, OSB No. 96416
Attorneys for Plaintiff                     Attorneys for Defendant

/ / /

/ / /

/ / /

Page 1 -   **STIPULATED JUDGMENT OF DISMISSAL**                                 1210260

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: May 24, 2011

Michael C. Hogan
~~Dennis J. Hubel~~   Michael R. Hogan
United States Magistrate Judge District

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**    1210260

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000